UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> KRISTOPHER MICHAEL SONON and ) </br> ARNOLD WINSTON WILSON, JR. ) </br> ) </br> Defendants. ) | Case No. 4:06CR00249 RWS (AGF) |

## **ORDER**

On motion of Defendant Kristopher M. Sonon to continue the hearing (Doc. #34) and for additional time to file motions (Doc. #35),

**IT IS HEREBY ORDERED** that Defendant Sonon shall have until **May 3, 2006**, to file any motions or waiver of motions. The Government shall have until **May 10, 2006**, to respond.

**IT IS FURTHER ORDERED** that the Evidentiary Hearing as to both Defendant Kristopher Michael Sonon and Defendant Arnold Winston Wilson, Jr., shall be continued to **Thursday, May 11, 2006, at 9:00 a.m.**

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 27th day of April, 2006.